IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
MAY 21 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

Brandon Pelly
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Jackson Police Department
(JC)
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _____
                     _____
         Defendants: _____
                     _____

      2. Court (if federal court, name the district; if state court, name the county):
         _____
      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
         _____
      6. Approximate date of filing lawsuit: _____
      7. Approximate date of disposition: _____

Revised 4/18/08

II.  Place of Present Confinement: May 1st, Jackson TN
   A. Is there a prisoner grievance procedure in the institution?
   Yes ( )  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( )  No (✓)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: Only Filed Grievance Which Steps, Need to Be Taken

III.  Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Brandon Pelly
      Address 110 Adams St. Jackson TN 38301

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Jackson Police Department is employed as
      at CJC
   C. Additional Defendants: (CJC)

IV.  Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   On May 1st, I am disabled, with multiply conditions, I had Passed out on way to Home Bus Driver, Put me off Bus before my Stop, and I was unable to make it home, On the Street of East Chester, Right towards East Pointe Apartments. Officers Came, Hit Me, and Tased Me, Resulting In a Bloody Face and Marks from being tased, Not only Mouth, Tongue, and Cheeks were bite. I have photos, from nurse at Jail, and on my Phone, the day of inncondent, They stripd my clothes off and Never returned any of the items I had on my Person.

   Revised 4/18/08

of May 1st between 12:00 and 3:00.

V. Relief
<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Want a Settlement, Cause I lost my job and repetation, I would like a Class Action Settlement. or 250,000$ Settlement

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __May__ day of __21__, 20__25__.

_____
(Signature of Plaintiff/Plaintiffs)